O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR09-65-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | REVOCATION OF SUPERVISED |
| RONALD ALEXANDER PALACIOUS CURIEL, | ) | RELEASE AND JUDGMENT |
| Defendant. | ) | |

On August 12, 2013, this matter came before the Court on Petition on Probation and Supervised Release originally filed on August 1, 2013. Government counsel, Scott Garringer, the defendant and his appointed DFPD attorney, Alyssa Bell, were present. The U.S. Probation Officer, Alex Guevara, was also present.

The defendant admits the allegations in violation of his supervised release, as stated in the Petition filed on August 1, 2013.

THE COURT FINDS the admissions voluntary and knowledgeable and accepts them.

THE COURT FINDS that the defendant is in violation of the terms and conditions of his release as set forth in the Judgment and Probation/Commitment Order of December 18, 2009.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of three (3) months. Upon release from imprisonment,

1  defendant shall be placed on supervised release for a period of three (3) years, under the
2  same terms and conditions previously imposed.  Defendant self-surrenders forthwith,
3  #13258.
4        IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
5  Marshal or other qualified officer and that said copy shall serve as the commitment of
6  defendant.

FILE/DATED:   August 12, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
    Catherine M. Jeang,  Deputy Clerk